State, Respondent, v. Penfield, Petitioner, No. 73770-3. Petition for review of a decision of the Court of Appeals, No. 20596-7-III, December 26, 2002. *Denied* September 30, 2003.

Richardson, et al., Petitioners, v. Nye, et al., Respondents, No. 73829-7. Petition for review of a decision of the Court of Appeals, No. 29268-8-II, December 23, 2002. *Denied* September 30, 2003.

*W. Farm Serv., Inc., Respondent, v. Olsen, et al., Defendants, Key Bank of Wash., Petitioner. J.R. Simplot Co., Respondent, v. Key Bank Nat'l Ass'n, Petitioner. Tri-River Chem. Co., Plaintiff, v. Key Bank Nat'l Ass'n, Petitioner,* No. 73666-9. Petition for review of a decision of the Court of Appeals, No. 19730-1-III, December 5, 2002, 114 Wn. App. 508. *Granted* October 2, 2003.

*Satterlee, et al., Individually and as Interim Commissioners, Petitioners, v. Snohomish County, et al., Respondents,* No. 73654-5. Petition for review of a decision of the Court of Appeals, No. 50883-1-I, December 30, 2002, 115 Wn. App. 229. *Denied* October 2, 2003.

*Em Le, Petitioner, v. Farmers Ins. Co., Respondent,* No. 73712-6. Petition for review of a decision of the Court of Appeals, No. 28350-6-II, January 10, 2003, 115 Wn. App. 1003. *Denied* October 2, 2003.